# UNITED STATES DISTRICT COURT
для the
District of Rhode Island

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:25-mj-00083AEM |
| | ) | |
| Samyag Uday Doshi | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October, 2025  in the county of _____ in the _____ District of  Rhode Island , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349: | Conspiracy to Commit Wire Fraud; and |
| 18 U.S.C. § 1343: | Wire Fraud |

This criminal complaint is based on these facts:

See the attached Affidavit of Jared Johansen, Task Force Officer with the Department of Homeland Security, Homeland Security Investigations ("HSI").

☒ Continued on the attached sheet.

*Jared Johansen*

*Complainant's signature*

Jared Johansen, Task Force Officer ~ HSI

*Printed name and title*

**Sworn telephonically and signed electronically**

Sworn to before me and signed ~~in my presence~~.

Date: November 14, 2025

*Patricia A. Sullivan*

*Judge's signature*

City and state: Providence, Rhode Island

Patricia A. Sullivan, U.S. Magistrate Judge

*Printed name and title*

[ Print ]   [ Save As... ]   [ Attach ]   [ Reset ]